# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-0996
_____

JOHN A. TURNER,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Martin A. Fitzpatrick, Judge.

May 30, 2019

PER CURIAM.

    We agree with the trial court that Appellant failed to file his motion for postconviction relief within the time permitted by law and failed to allege any valid exception to that time period. *See* Fla. R. Crim. P. 3.850(b).

    AFFIRMED.

LEWIS, WETHERELL, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


John A. Turner, pro se, Appellant.

Ashley Moody, Attorney General, and Robert Quentin Humphrey, Assistant Attorney General, Tallahassee, for Appellee.